AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

May 06, 2025

Nathan Ochsner, Clerk of Court

United States of America
v.
KINZEY LIRA
YOB: 2007

Defendant(s)

Case No. M-25-1028-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 06, 2025 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 922(q)(2) | Unlawful possession of a firearm in a school zone. |

This criminal complaint is based on these facts:
See Attachment A

☑ Continued on the attached sheet.

Approved by AUSA R Guerra

/S/ Jayson Teague
Complainant's signature

Jayson Teague / ATF Special Agent
Printed name and title

☑ Sworn to telephonically and signed electronically per Fed.R.Cr.4.1.

Date: 05/06/2025    9:09 p.m.

Judge's signature

City and state: McAllen, Texas

Nadia Medrano, Magistrate Judge
Printed name and title

This affidavit is in support of a criminal complaint charging Kinzey LIRA (hereinafter referred to as "LIRA") respectively, with the criminal violation set forth. The evidence available to me demonstrates that there is probable cause that LIRA violated Title 18 U.S.C Section 922(q)(2)-Unlawful possession of a firearm in a school zone, on or about May 06, 2025.

Further, the Affiant states as follows:

On May 06, 2025, Edinburg Consolidated Independent School District Police Department (ECISD PD) received a report that Kinzey LIRA was in possession of a firearm while at the Edinburg North High School campus. Responding to that report, ECISD Officers encountered Kinzey LIRA on the school campus and conducted a search of his backpack and discovered a Glock, Model 17, 9mm caliber pistol along with a magazine loaded with ten (10) rounds of 9mm ammunition.

CISD PD Officers conducted a post-Miranda interview of LIRA, during which LIRA admitted to knowingly bringing the firearm to a school zone. LIRA provided a written statement to CISD Officers further admitting being in possession of the firearm while on the school campus. The Edinburg North High School campus is a school zone as defined by 18 U.S.C. 921.

Following the arrest of LIRA, agents with the Bureau of Alcohol, Tobacco, Firearms and Explosives conducted a post-Miranda interview with LIRA. During the interview, LIRA told agents that he purchased the firearm approximately one (1) week ago. LIRA stated that he brought the firearm to school on both Monday, May 05, 2025, and Tuesday, May 06, 2025.

An ATF Interstate Nexus Expert conducted a preliminary examination of the Glock firearm with found in LIRA's possession and determined that it was a firearm that was manufactured outside of the state of Texas and thus had moved in interstate commerce.